IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01110-LTB-BNB

CENTRAL MASONRY CORPORATION,

Plaintiff,

v.

BECHTEL NATIONAL, INC.,

Defendant.

_____

## ORDER
_____

After reviewing the parties' confidential settlement statements and discussing the matter with counsel by telephone this afternoon, I have concluded that a settlement conference at this time would not be a productive use of resources.

IT IS ORDERED that the settlement conference set for February 16, 2011, at 10:00 a.m., is VACATED, to be reset at the request of the parties.

Dated February 11, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge